IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LELA FABIOLA VANKRIEKEN,<br><br>Defendant. | CR 19-35-BLG-SPW-TJC-2<br><br>**ORDER** |

Defendant has filed a Motion to Vacate the Detention Hearing. (Doc. 82.)

Accordingly, IT IS ORDERED that the Detention Hearing currently set for August 28, 2019, at 9:00 a.m. is VACATED.

DATED this 26th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge